No. 974. STANDARD PIPE LINE Co., INC. *v.* BURNETT. May 28, 1934. Petition for writ of certiorari to the Supreme Court of Arkansas denied. *Mr. T. M. Milling* for petitioner. *Messrs. Pat McNalley* and *Jordon Sellers* for respondent.

No. 983. WASHINGTON LOAN & TRUST Co., TRUSTEE, *v.* ALLMAN, RECEIVER. May 28, 1934. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Arthur Peter, Charles V. Imlay,* and *Vinson L. Smathers* for petitioner. *Messrs. Edward F. Colladay, Joseph C. McGarraghy, F. G. Awalt,* and *George P. Barse* for respondent.

No. 992. WASHINGTON GAS LIGHT Co. *v.* DANN, ADMINISTRATRIX. May 28, 1934. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Wilton J. Lambert, R. H. Yeatman,* and *George D. Horning, Jr.,* for petitioner. *Mr. Joseph D. Sullivan* for respondent.

No. 993. TEXAS COMPANY *v.* ROOS. May 28, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. H. Tallichet* for petitioner. *Messrs. J. B. Lewright* and *R. L. Batts* for respondent.

No. 995. SIMPSON ET AL. *v.* STERN ET AL. May 28, 1934. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Stanton C. Peelle, Paul E. Lesh, Dale D. Drain,* and *H. Winship Wheatley* for petitioners. *Messrs. Spencer Gordon*